# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Kristen A. Newlon,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:20-bk-08286-BKM<br><br>Adv. No. 2:20-ap-00243-BKM |
| Dina L. Anderson, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Todd Reynolds, an unmarried man,<br><br>Defendant. | **DEFAULT JUDGMENT** |

Dina L. Anderson, the Chapter 7 Trustee in the bankruptcy case captioned-above and Plaintiff herein ("Plaintiff), having filed an Application for Entry of Default with the Clerk of the Court and a Motion for Default Judgment and Declarations of counsel, and having set forth the basis supporting the Entry of Default and the Entry of a Default Judgment against Defendant Todd Reynolds ("Defendant"), and having reviewed the pleadings of record, this Court finds that:

1. Defendant was properly served with process pursuant to Fed. R. Bankr. P. 7004(b)(3) and failed to appear and answer the Complaint within the time prescribed by law;

2. The Clerk of this Court duly entered the default against Defendant on September 30, 2020;

3. Defendant is neither an infant, an incompetent person, nor a member of the armed forces; and

4. Plaintiff is entitled to judgment against Defendant and there is no just reason to delay entry of Judgment.

NOW, THEREFORE, IT IS ORDERED as follows:

A. Granting Judgment to Plaintiff against Defendant Todd Reynolds on the Complaint;

B. Declaring the 1999 Harley-Davidson FXSTS, VIN Number 1HD1BLL12XY056164 (the "Vehicle") is property of the bankruptcy estate, pursuant to 11 U.S.C. § 541, and authorizing the Trustee to administer this estate asset;

C. For avoidance of any secured interest or lien claimed by Defendant Todd Reynolds against the Vehicle and/or the sales proceeds of the Vehicle, pursuant to 11 U.S.C. § 547;

D. For recovery of the value of the avoided lien, in the amount of $5000.00, for the benefit of the estate, pursuant to 11 U.S.C. § 550;

E. For preservation of the avoided lien position for the benefit of the estate, pursuant to 11 U.S.C. § 551;

F. For an order of this Court directing that the estate is entitled to the proceeds from the sale of the Vehicle free and clear of any interest asserted by Defendant Todd Reynolds;

G. Directing the Arizona Motor Vehicle Department to issue a new Certificate of Title for the Vehicle to "Dina L. Anderson, as Chapter 7 Trustee for the Estate of

Newlon" free and clear of any liens or other interests held or asserted by Defendant Todd Reynolds; and

    H.    For such other and further relief as the Court deems just and proper.

**SIGNED AND DATED ABOVE**